443 A.2d 390

Commonwealth v. Blair, Appellant.

Submitted December 14, 1981. Gregory V. Smith, for appellant; Frederick D. Lingle, did not file a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.

443 A.2d 390

Commonwealth v. Brooks, Appellant.

Petition for Allowance of Appeal Denied June 30, 1982.

Submitted June 24, 1981. Marilyn C. Zilli, Assistant Public Defender, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

The judgment of sentence is affirmed.